AO 245D   · (Rev. 09/11) Judgment in a Criminal Case for Revocations
      Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>QUACY TOM WRIGHT | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

Case No.  2:13cr171-01-ˉWKW

USM No. 09779-003

Cecilia Vaca
_____
Defendant's Attorney

**THE DEFENDANT:**

☐  admitted guilt to violation of condition(s) _____ of the term of supervision.

☑  was found in violation of condition(s)  2-6  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | New Arrest for Unlawful Possession of Marijuana, 2nd Degree | 01/12/2016 |
| 3 | Failure to Follow Instructions of the Probation Officer | 01/27/2016 |
| 4 | Failure to Notify the Probation Officer within 72 Hours of | 01/12/2016 |
| | Being Arrested or Questioned by a Law Enforcement Officer | |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑  The defendant has not violated condition(s)  1  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1980

Defendant's Year of Birth:      5062

City and State of Defendant's Residence:
      Montgomery, Alabama

07/21/2016
_____
Date of Imposition of Judgment

_____
Signature of Judge

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
_____
Name and Title of Judge

8/2/16
_____
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: QUACY TOM WRIGHT
CASE NUMBER: 2:13cr171-01-MEF

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Possession of a Firearm | 02/02/2016 |
| 6 | Possession of a Controlled Substance | 02/02/2016 |

AO 245D  •  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT: QUACY TOM WRIGHT
CASE NUMBER: 2:13cr171-01-MEF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 48 months with no supervised release imposed. The term of supervised release imposed on February 18, 2014 is revoked. The sentence is reasonable when considering the nature and circumstances of the defendant, to reflect the seriousness of the offense, promote respect for the law, and to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, to protect the public from further crimes of the defendant, to provide the defendant with needed education or vocational training, medical care or other correctional treatment in the most effective manner and to avoid unwarranted sentence disparities among defendants.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility as close as possible to Montgomery, Alabama.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL